**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| NITIN NITIN,<br><br>Petitioner,<br><br>v.<br><br>ROBERT CERNA, et al.<br><br>Respondents. | ) | Case No. CIV-26-01713-JD |

**ORDER**

Respondents notify the Court that Petitioner Nitin Nitin ("Petitioner") has been granted "pre-conclusion voluntary departure." [Doc. No. 11 at 1]. The Court independently notes and confirms by the relevant public information system that an Immigration Judge granted Petitioner an order of voluntary departure. *See* Executive Office for Immigration Review, *Automated Case Information System*, https://acis.eoir.justice.gov/en/ (last accessed Sept. 4, 2026); *Winzler v. Toyota Motor Sales U.S.A., Inc.*, 681 F.3d 1208, 1213 (10th Cir. 2012) ("The contents of an administrative agency's publicly available files . . . traditionally qualify for judicial notice . . . .").

The regulatory framework controlling Petitioner's voluntary departure requires that he (1) withdraw all asylum claims, (2) concede that he is removable, and (3) waive his right to appeal the removal order. 8 C.F.R. § 1240.26(b)(1)(i). The same regulation requires that the Immigration Judge enter an alternate order of removal in case of noncompliance with the voluntary departure requirements, and that alternate order is

subject to Petitioner's appeal waiver. 8 C.F.R. § 1240.26(d); *see also* [Doc. No. 11-1 at 2]. "[P]resum[ing]," the "administrative regularity" of these procedures, the Court concludes that Petitioner is now subject to a final order of removal. *Bar MK Ranches v. Yuetter*, 994 F.2d 735, 740 (10th Cir. 1993). This action is therefore moot.[1]

Consequently, the Court DISMISSES the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 [Doc. No. 1] as moot and without prejudice. A separate judgment will follow.

IT IS SO ORDERED this 4th day of September 2026.

JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE

[1] Respondents also previously notified the Court that Petitioner was "provided an individualized bond hearing" "[o]n August 11, 2026." [Doc. No. 10 at 1].